IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.    1:21-CR-60 (CFH) |
| | ) | |
| v. | ) | **Information** |
| | ) | |
| **IMRAN SELCUK,** | ) | Violation:    50 U.S.C. §§ 4512, 4513 |
| | ) | [Price gouging designated scarce materials] |
| **Defendant.** | ) | |
| | ) | 1 Count |
| | ) | |
| | ) | County of Offense:    Rensselaer |

## THE UNITED STATES ATTORNEY CHARGES:

[**Price Gouging Designated Scarce Materials**]

From in or about March 2020 through in or about May 2020, in Rensselaer County in the Northern District of New York, the defendant, **Imran Selcuk**, willfully accumulated (i) in excess of the reasonable demands of business, personal, and home consumption, and (ii) for the purpose of resale at prices in excess of prevailing market prices, materials which had been designated by the Secretary of Health and Human Services, pursuant to authority delegated to him by the President of the United States, as scarce materials and the supply of which would be threatened by such accumulation, to wit, **Selcuk** purchased approximately 100,000 KN95-style respirator masks and 25,000 surgical-style masks, both of which have been designated as scarce material by the Secretary of HHS, from a foreign supplier, received incoming shipments of the masks, and offered both types of masks for sale at prices in excess of prevailing market prices during the COVID-19 global pandemic, all in violation of Title 50, United States Code, Sections 4512 and 4513.

Dated:  February 25, 2021                                             ANTOINETTE T. BACON
                                                                                            Acting United States Attorney

                                                            By:    _____
                                                                      Michael D. Gadarian (Bar Roll No. 517198)
                                                                      Joshua R. Rosenthal (Bar Roll No. 700730)
                                                                      Assistant United States Attorneys